UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0540M-01 (CR) |
| **JOSEPH A. WASHINGTON, JR.,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about October 18, 2005, within the District of Columbia, **JOSEPH A. WASHINGTON, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7771-95, did unlawfully and knowingly receive and possess a firearm, that is, a Remington 12 gauge shotgun, and did unlawfully and knowingly receive and possess ammunition, that is, 12 gauge shotgun shells, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia