UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )  Criminal No. 05-412 (EGS)
Joseph A. Washington )
)
Defendant. )

### ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Joseph A. Washington_ at Central Treatment Facility until further Order of this Court.

11/30/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE