```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA   :
                           :
         v.                :         Criminal No. 05-412 (EGS)
                           :
JOSEPH A. WASHINGTON       :
```

ORDER

Upon consideration of defendant's Motion to Reconsider Order of Detention and Set Conditions of Release, and finding good cause shown, it is this __ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____