UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-412 (EGS) |
| | : | |
| JOSEPH A. WASHINGTON, JR. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION
AND IMPOSE CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant's Motion to Reconsider Order of Detention and Impose Conditions of Release. In support of its opposition, the Government relies on the following points and authorities and such points and authorities as may be cited at a hearing on the motion.

1. Defendant, Joseph A. Washington, Jr., is charged in a one-count indictment with Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1). This charge arose out of Defendant Washington's criminal conduct on October 18, 2005. At about 8 p.m. on that day, officers of the Metropolitan Police Department saw a light blue Lincoln with its headlights off stop at the intersection of Polk and Olive Streets, N.E., in Washington, D.C. The driver, Defendant Washington, pulled a black mask over his head and then sped off towards Kenilworth Avenue, N.E. Followed by the officers, Defendant Washington drove to the BP gas station at 1535 Kenilworth Avenue, N.E., where he left the Lincoln idling and began to walk away. An officer saw a Remington

12-gauge shotgun in the plain view on the Lincoln's front passenger seat. Defendant Washington was arrested.

2. On October 21, 2005, after a detention hearing, the Honorable Deborah A. Robinson ordered Defendant Washington held without bond. Magistrate Judge Robinson concluded that Defendant Washington posed a risk of flight and a danger to the community.

3. Nothing has occurred since October 21, 2005, to undermine Magistrate Judge Robinson's conclusions. Defendant Washington repeatedly has demonstrated that he is a flight risk. He has prior convictions for both escape and a Bail Reform Act violation. In addition, he has shown that he has difficulty complying with court orders; according to the Pretrial Services Report in this case, he twice has had probation revoked or closed unsuccessfully, and he was on probation for operating after suspension when he was arrested in the instant case. In addition, Defendant Washington has an outstanding bench warrant for obstructing and hindering from Hyattsville, Maryland, that was issued on October 3, 2005, several weeks before his arrest in this case.

4. Furthermore, Defendant Washington is a danger to the community. First, he has a prior conviction for gun possession. Second, in the instant case, Magistrate Judge Robinson found probable cause that Defendant Washington was driving around the District of Columbia (incidentally, after his permit had been suspended) with a loaded shotgun in the front passenger seat. In addition, there is evidence in this case that Defendant Washington deliberately tried to conceal his identity, perhaps in preparation for committing another offense; the arresting officers, who were working a robbery detail patrol, first took notice of him because they saw him cover his face with a black mask before pulling into a gas station.

5.     Although Defendant Washington argues that he has a "tremendous incentive" to comply with the Court's orders, he also has a tremendous incentive to flee or obstruct justice if released. Defendant Washington has four prior convictions, three of which are for felonies, and was on probation when he allegedly committed the instant offense. He is facing a substantial period of incarceration if convicted in this case.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court deny Defendant Washington's Motion to Reconsider Order of Detention and Impose Conditions of Release.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549