UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 05-412 (EGS)** |
| | : | |
| **JOSEPH A. WASHINGTON, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of Defendant's Motion to Reconsider Order of Detention and Impose Conditions of Release, the Government's opposition thereto, and any argument thereon, it is by the Court this ____ day of January, 2006, hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____
EMMET G. SULLIVAN
United States District Judge

*Copies to*:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004