UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-412 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH A. WASHINGTON, JR.** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Robert Feitel at telephone number 202-353-3706 and/or email address Robert.Feitel2@usdoj.gov  Robert Feitel will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Robert Feitel
Assistant United States Attorney
Federal Major Crimes, Bar No. 433-180
555 4th Street, NW, Room 4231
Washington, DC 20530
202-353-3706