UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. | Criminal No. 05-412 (EGS) |
| : | |
| **JOSEPH A. WASHINGTON** : | |

### ORDER

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this \_\_\_ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Emmet G. Sullivan


cc: Mary Petra, AFPD
    Jessie Liu, AUSA