UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  05-412 (EGS) |
| **v.** : | |
| : | |
| **JOSEPH A. WASHINGTON, JR.** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the defendant's motion to suppress tangible evidence, and the United States' opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant's motion to suppress tangible evidence is DENIED.

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Mary Manning Petras, AFPD