UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  05-412 (EGS) |
| **v.** : | |
| : | |
| **JOSEPH A. WASHINGTON, JR.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED.**

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Mary Petras, AFPD