# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-412 (EGS)** |
| v. | : | |
| **JOSEPH A. WASHINGTON, JR.,** | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF EXPERT TESTIMONY

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following notice of expert testimony:

## BATFE GUN/AMMUNITION EXPERT

1. The United States intends on calling Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Matthew T. Collins as an expert regarding the movement in interstate commerce of the gun and ammunition seized in this case. A copy of Special Agent Collins' curriculum vitae has been previously provided to defense counsel. Specifically, Special Agent Collins is expected to testify that there are no firearm or ammunition manufacturers located within the District of Columbia, and therefore, the firearm seized by law enforcement on or about October 18, 2005 from the car being driven by the defendant, Joseph A. Washington, Jr., a Remington Model 1100 12 gauge shotgun, with a barrel length of approximately thirteen inches and an overall length of approximately twenty-six inches, along with the 12 gauge shotgun shells, all were manufactured outside the District of Columbia and were shipped, transported or delivered through interstate or foreign commerce into the District of Columbia at some point prior to October 18, 2005. Special Agent Collins is further expected to testify that the weapon and ammunition seized

are a "firearm" and "ammunition," respectively, as those terms are defined by the United States Code.

    2.    Please note that the United States hereby renews its earlier discovery request pursuant to Federal Rule of Criminal Procedure 16(b), its previously made <u>Lewis</u> request, its previously made alibi demand, and its previously made request for information pertaining to notice of any expert or scientific testimony or evidence that the defense intends to admit during the trial of this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ROBERT J. FEITEL
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4231
Washington, DC 20530
Phone: 202.353.3706; Fax: 202.514.6010

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Expert Testimony upon counsel for the defendant, Mary Manning Petras, this 15th day of March 2006.

_____
ROBERT J. FEITEL
Assistant United States Attorney