UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-412 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH A. WASHINGTON, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY**

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following supplemental notice of expert testimony:

**CRIME SCENE SEARCH OFFICER EXPERT**

1.      The United States intends on calling Metropolitan Police Department Officer Ronald Royster (who is also a fact witness) as an expert to testify about the fact that it is often difficult to obtain usable fingerprints, and some of the reasons why a fingerprint might not be obtained (the condition of that persons hands–wet, oily, etc., the condition of the weapon–wet, oily, etc., the material the weapon came in contact with and the likelihood of smudging either by the person or by any material the weapon may come into contact with, the surface area of a person's finger that actually came in touch with the weapon, etc.).  The officer will base his testimony on his experience as a crime scene search officer for the Metropolitan Police Department, which includes a one-week crime scene training course (which includes training on the recovery of latent prints),

yearly re-certification courses, years of experience as a crime-scene officer, and numerous attempts in recovering latent fingerprints.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ROBERT J. FEITEL
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4231
Washington, DC 20530
Phone: 202.353.3706; Fax: 202.514.6010

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Supplemental Notice of Expert Testimony upon counsel for the defendant, Mary Manning Petras, this 16th day of March 2006.

_____
ROBERT J. FEITEL
Assistant United States Attorney