```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA   :

                     :

     v.             :         Criminal No. 05-412 (EGS)

                     :

JOSEPH A. WASHINGTON       :

## MOTION TO WITHDRAW AS COUNSEL

    Mr. Joseph A. Washington, the defendant, through undersigned counsel, respectfully moves this Honorable Court to grant undersigned counsel leave to withdraw and to appoint new counsel.

    1.  On March 21, 2006, undersigned counsel met with Mr. Washington.  Mr. Washington indicated that he is dissatisfied with counsel's representation and that he wants new counsel.  Counsel believes that the attorney-client relationship has deteriorated to a point where undersigned counsel can no longer assist Mr. Washington in this case.

    2.  Undersigned counsel spoke with Assistant United States Attorney Robert J. Feitel, who indicated that the government takes no position with regard to this motion.

    WHEREFORE, for the foregoing reasons, Mr. Washington respectfully moves this Honorable Court to grant undersigned counsel leave to withdraw and to appoint new counsel.

```
                              Respectfully submitted,


                                      /s/


                              _____
                              Mary Manning Petras
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W.
                              Suite 550
                              Washington, D.C.  20004

                              (202) 208-7500
```