UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA :

                          :

          v.              :          Criminal No. 05-412 (EGS)

                          :

JOSEPH A. WASHINGTON      :


<u>ORDER</u>

Upon consideration of defendant counsel's Motion to Withdraw as Counsel and finding good cause shown, it is this __ day of March, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of Assistant Federal Public Defendant Mary Manning Petras on behalf of Joseph Washington is withdrawn.


_____
The Honorable Emmet G. Sullivan