UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 05-00412 (EGS) |
| | ) |
| JOSEPH A WASHINGTON, JR. | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

By this praecipe, will the CLERK OF THE COURT please enter the appearance of undersigned counsel.

Respectfully submitted,

———————————————
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007