UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Criminal No. 05-00412 (EGS) |
| | ) |
| **JOSEPH A WASHINGTON, JR.** | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION FOR CRIMINAL HISTORY DETERMINATION**

The defendant, Joseph A. Washington, Jr., through undersigned counsel, respectfully moves this Honorable Court for a criminal history determination of his record by the United States Probation Department. In support of this motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Criminal No. 05-00412 (EGS) |
| | ) |
| JOSEPH A WASHINGTON, JR. | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR CRIMINAL HISTORY DETERMINATION**

1. The Government has tendered a plea offer to the defendant which would allow him to have three points off for acceptance of responsibility and a sentence at the bottom of the guideline range.

2. Defendant's current counsel, apparently as well as his former attorney, have been unable to provide the defendant with a firm calculation under the advisory Federal Sentencing Guidelines.

3. Unfortunately, the defendant's criminal history score is open to wide interpretation depending upon a number of factors, such as whether three of his prior convictions which were sentenced on the same date are "related" for purposes of the sentencing calculation.

4. His range has been determined to be as low as 46 months and as high as the statutory maximum of 120 months.

5. In light of this uncertainty, Government counsel suggested that the parties petition the Court for a pretrial determination of the defendant's criminal history score so that Mr. Washington will be able to make an intelligent decision about this case.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 393-0007