# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.    ) | Criminal No. 05-00412 (EGS) |
| ) | |
| **JOSEPH A WASHINGTON, JR.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the defendant's Consent Motion For Criminal History Determination and the record herein, it is this _____ day of _____, 2006

ORDERED, that said motion is granted, and it further

ORDERED, that the United States Probation Department shall provide to the Court, defense counsel and the assigned Assistant United States Attorney (AUSA) a determination of Mr. Washington's criminal history under the advisory Sentencing Guidelines, and it is further

ORDERED, that the United States Probation Office shall provide this information no later than _____, to the Court, defense counsel and AUSA Robert Feitel.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Court

copies to:

United States Probation Department

Robert Feitel, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004