UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Crim. No. 05-412   (EGS) |
| | : |
| JOSEPH A. WASHINGTON | : |
| Defendant. | : |

**O R D E R**

Upon consideration of defendant Joseph Washington's Unopposed Motion for Criminal History Determination by Probation, the Court hereby **GRANTS** the motion; and

**ORDERS** the U.S. Probation Department to provide to the Court, defense counsel and the assigned Assistant United States Attorney ("AUSA") a determination of Mr. Washington's criminal history under the advisory Sentencing Guidelines; and it is

**FURTHER ORDERED** that the U.S. Probation Department provide this information no later than **June 1, 2006, at 12:00 PM** to the Court, defense counsel, Diane S. Lepley, and AUSA Robert Feitel.

**SO ORDERED.**

**SIGNED:   EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **May 23, 2006**

1