**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 05-412 (EGS)** |
| | : | |
| | : | |
| **JOSEPH A. WASHINGTON, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**JOINT STATUS REPORT REGARDING SCHEDULING OF MOTIONS HEARING**

Pursuant to the Court's minute order of August 4, 2006, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Joseph A. Washington, Jr., by and through his attorney, Diane S. Lepley, Esquire, respectfully submit the following joint status report regarding scheduling of the motions hearing in this matter:

1.      Both parties are available for a motions hearing at any time on Wednesday, September 13, 2006 or at any time during the week of October 2, 2006.

2.      Both parties currently are available for a motions hearing at any time on Thursday, September 28, 2006. There is some possibility, however, that defense counsel still may be in trial in another case on that date, as she has four (4) trials scheduled in the seven (7) days preceding September 28, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

| | | |
|---|---|---|
| _____/s/_____ | By: | _____/s/_____ |
| DIANE S. LEPLEY | | JESSIE K. LIU |
| Counsel for Defendant | | Assistant United States Attorney |
| 400 Seventh Street, N.W. | | 555 Fourth Street, N.W. |
| Suite 400 | | Room 4649 |
| Washington, D.C 20004 | | Washington, D.C. 20530 |
| (202) 393-0007 | | (202) 514-7549 |
| dslepley@smartnet | | Jessie.K.Liu@usdoj.gov |