UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
| ) | |
| **Plaintiff,**       ) | |
| ) | |
| v.       ) | **Criminal No. 05-00412 (EGS)** |
| ) | |
| **JOSEPH A WASHINGTON, JR.**       ) | |
| ) | |
| **Defendant.**       ) | |

**CONSENT MOTION TO CONTINUE MOTIONS HEARING**

With the government's consent, the defendant, Joseph A. Washington, Jr., through undersigned counsel, respectfully moves this Honorable Court to grant him a continuance of his pretrial motions hearing currently scheduled for September 13, 2006 at 10:30a.m.   In support of this motion, the defendant relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-00412 (EGS) |
| ) | |
| **JOSEPH A WASHINGTON, JR.** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO CONTINUE MOTIONS HEARING**

1. Very recently during motions hearing preparation, the defendant requested that the parties reopen plea negotiations. On September 11, 2006, the Government again tendered its original plea offer to Mr. Washington which is conditioned on the postponement of the motions hearing and will expire on September 18, 2006.

2. If this Court grants the continuance, Defendant's counsel plans to meet with her client on the motions hearing date and to provide the Court and the government with a prompt indication of the defendant's decision about how he wishes to proceed now.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007