UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
| )                                      | |
| **Plaintiff,**       ) | |
| )                                      | |
| v.                                   ) | Criminal No. 05-00412 (EGS) |
| )                                      | |
| **JOSEPH A WASHINGTON, JR.**       ) | |
| )                                      | |
| **Defendant.**       ) | |

### ORDER

Upon consideration of the defendant's Consent Motion To Continue Motions Hearing and the record herein, it is this _____ day of _____, 2006

ORDERED, that said motion is granted, and it is further

ORDERED, that the parties shall confer and provide the Court with dates for the next court proceeding in this matter.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Court

copies to:

Jessie K. Liu, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004