## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal No. 05-00412 (EGS) |
| | ) |
| **JOSEPH A WASHINGTON, JR.** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW the undersigned attorney for defendant, and moves this Honorable Court for leave to withdraw as counsel. Defense counsel also urges the Court to schedule an ascertainment of counsel hearing so that substitute counsel may be appointed from the C.J.A. Panel. As grounds for this motion, counsel submits the following reasons:

1. On or about March 27, 2006, undersigned counsel was appointed as substitute counsel to represent the defendant pursuant to the Criminal Justice Act because Assistant Federal Public Defender Mary Petras had indicated to the Court shortly before the trial date that Mr. Washington was dissatisfied with her representation.

2. Counsel has been diligently preparing for the motion hearing and trial in this matter. Prior to the motion hearing date, the defendant sought to obtain a plea offer. On September 26, 2006, counsel delivered a new plea offer to Mr. Washington. During that consultation, a conflict between counsel and her client developed and the defendant indicated his desire to have a new attorney appointed. Counsel submits that her withdrawal as counsel is appropriate and in the interest of justice. *See*, L.Cr.R.44.5.

3. A copy of this motion is being served by mail upon the defendant.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 393-0007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and by mail, postage prepaid, upon the defendant, Joseph A. Washington, at the Correctional Treatment Facility located at 1901 E Street, S.E., Washington, D.C. 20003, this 27th day of September, 2006.

_____
Diane S. Lepley