UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-00412 (EGS) |
| ) | |
| **JOSEPH A WASHINGTON, JR.** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the defendant's Motion For Leave To Withdraw As Counsel and the record herein, it is this _____ day of _____, 2006

ORDERED, that said motion is granted, and it is further

ORDERED, that a hearing on this matter shall be set for the \_\_\_\_\_ day of _____, 2006.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Court

copies to:

Jessie K. Liu, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004