UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-412 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH WASHINGTON** | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji, at telephone number 202-353-8822 and/or email address Perham.Gorji@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
Federal Major Crimes
555 4th Street, NW, Room 4233
Washington, DC 20530
202-353-8822