UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. No. 05-412  (EGS) |
| JOSEPH A. WASHINGTON | : |
| Defendant. | : |

## O R D E R

For the reasons stated in open court on December 13, 2006, it is by the Court hereby

**ORDERED** that Defendant's Motion to Suppress Tangible Evidence is **DENIED**.

**Signed:**  Emmet G. Sullivan
United States District Judge
December 15, 2006