UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.
Joseph A. Washington
    Defendant.

Criminal No. 05-412    (EGS)

FILED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

/s/ Joseph Washington
Defendant

/s/ Pleasant S. Brodnax
Counsel for Defendant

I Consent:

/s/ _____
United States Attorney

Approved:

/s/ _____
Judicial Officer

CO-526 (12/86)