UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Cr. No. 05-412 (EGS)<br>JOSEPH WASHINGTON )<br>      Defendant. ) | |

## **MOTION TO CONTINUE SENTENCING**

COMES NOW the defendant, by counsel, and respectfully requests this Court continue the sentencing currently scheduled for March 16, 2007 until April 24, 2007. The Assistant U.S. Attorney has no objection to this motion. Most importantly, the parties have not yet received the presentence report. In addition, defense counsel has a conflicting appearance and requests permission to appear at the other matter.

WHEREFORE, for the foregoing reasons, counsel requests the Court continue sentencing until April 24, 2007.

Respectfully submitted,

JOSEPH WASHINGTON
By Counsel

_____
Pleasant Brodnax, III
MOFFITT & BRODNAX, LTD.
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com