UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,</br></br>v.</br></br>JOSEPH A. WASHINGTON</br></br>Defendant. | Crim. No. 05-412 (EGS) |

### ORDER

In view of the April 3, 2007 letter received in Chambers from defendant Joseph Washington, it is hereby

**ORDERED** that the sentencing currently scheduled for **May 30, 2007 at 10:00 a.m.** shall be converted to a status hearing. A copy of Mr. Washington's letter has been transmitted to counsel via facsimile.

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **April 26, 2007**