UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-412 (EGS) |
| ) | |
| JOSEPH A. WASHINGTON ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the status hearing held on May 30, 2007, it is by the Court hereby

**ORDERED** that objections to the U.S. Probation Office's Presentence Investigation Report shall be filed no later than **June 13, 2007;** responses to objections shall be filed no later than **June 27, 2007;** and it is

**FURTHER ORDERED** that defendant's sentencing memorandum, if any, shall be filed no later than **July 9, 2007;** government's sentencing memorandum shall be filed no later than **July 20, 2007;** and it is

**FURTHER ORDERED** that sentencing is scheduled for **August 1, 2007 at 11:30 a.m.**

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          June 4, 2007