UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-412 (EGS) |
| | ) | |
| JOSEPH A. WASHINGTON, JR., | ) | |
| Defendant | ) | |

POSITION OF JOSEPH A. WASHINGTON, JR.
WITH RESPECT TO SENTENCING FACTORS

COMES NOW the defendant, by counsel, and files this pleading pursuant to Section 6A1.2 of the United States Sentencing Guidelines ("the Guidelines") and the Order of this Court relating to the position of the parties with respect to sentencing factors. Mr. Washington has reviewed the presentence report with counsel and has no objections.

Joseph Washington stands before this Court for sentencing having pled guilty to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. He has accepted responsibility for the offense conduct. Mr. Washington submits the relevant factors to be considered in imposing sentence dictate a sentence below the advisory sentencing guidelines of 84-105 months.

Joseph Alfred Washington, Jr. is the eldest of three children born to Joseph Alfred Washington and Gwendolyn Washington in 1973. He states that he witnessed drug activity in his household during his formative years. It is apparent from the

presentence report that Mr. Washington has maintained a good work history following his release from imprisonment in 2001. Although the Criminal History Category in this case in V (11 points), it is worth noting that 7 points are attributable to convictions which are between 10-14 years old. The remaining 4 points represent a conviction for Operating a Vehicle While Suspended in the Superior Court and the instant offense conduct which was committed while on probation for the driving offense.

The defendant has demonstrated an ability to hold employment and has only a misdemeanor conviction following his release in 2001. Mr. Washington respectfully submits that a term of imprisonment of 48 months would serve to reflect the seriousness of the offense, promote respect for the law and provide just punishment for the offense. Title 18 U.S.C. 3553(a)(2) (A) through (C).

Respectfully submitted,

JOSEPH A. WASHINGTON, JR.
By Counsel


/s/
_____
Pleasant S. Brodnax, III
MOFFITT BRODNAX
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 462-1100

## CERTIFICATE OF SERVICE

      I hereby certify that of copy of the foregoing Position with Respect to Sentencing Factors was filed electronically this 31st day of July, 2007 with the Clerk of Court using the CM/ECF system which sends notification to counsel of record.

/s/
_____
Pleasant S. Brodnax, III