HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**AUG - 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :   Docket No.: <u>CR-05-412-01</u>
                           :
vs.                        :   SSN: _____
                           :
WASHINGTON, Jr., Joseph    :   Disclosure Date: <u>April 24, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                  **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_/s/ Joseph Washington_____                       _/s/ Pleasant Brodnax_ 6/13/07
Defendant                  Date                    Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 8, 2007</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                                      Page 2

The defendant submits that the following paragraphs contain information regarding criminal conduct which is not attributable to him:

1. Paragraph 31
2. Paragraph 40
3. Paragraph 42

_____
Pleasant S. Brodnax, III
Counsel for JOSEPH WASHINGTON

Receipt and Acknowledgment                                                      Page 2