UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Criminal No. 05-412 (EGS) |
| ) | |
| JOSEPH A. WASHINGTON, JR., ) | |
| Defendant  ) | |

NOTICE OF APPEAL

COMES NOW the defendant, by counsel, and files the appeal of his conviction and sentencing in this matter. The defendant requests new counsel on appeal.

Respectfully submitted,

JOSEPH A. WASHINGTON, JR.
By Counsel

/s/
_____
Pleasant S. Brodnax, III
MOFFITT BRODNAX
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 462-1100