UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          :

                **vs.**          :   Criminal No.  05-412 (EGS)

**JOSEPH A. WASHINGTON, JR.**          :

## NOTICE OF APPEAL

**Name and address of appellant:**          Joseph A. Washington, Jr.
Central Treatment Facility
1901 E Street, SE
Washington, DC   20003

**Name and address of attorney below:**          Pleasant S. Brodnax, III
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 462-1100

**Offense: 18 USC §§ 922(g)(1) and 924(c)(1)(B)(i)**

**Concise statement of judgment or order, giving date, and any sentence:**

Amended -Corrected Judgment entered on 08/20/07 and filed on 08/21/07. Defendant sentenced on Count 1 to 84 months imprisonment; 3 years supervised release; and $100 special assessment.

**Name of institution where now confined, if not on bail:    CTF**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

 08/29/07                                   **Joseph A. Washington, Jr.**
DATE                                                                                   APPELLANT

CJA, NO FEE _____**X**_____                                **Pleasant S. Brodnax, III**
PAID USDC FEE _____                            ATTORNEY FOR APPELLANT
PAID USCA FEE _____

Does counsel wish to appear on appeal? Yes/**NO**
Has counsel ordered transcripts? Yes/**NO**
Is this appeal pursuant to the 1984 Sentencing Reform Act? **YES**/No