**CRIMINAL APPEAL DOCKETING STATEMENT**

**PART I**

1. Criminal Docket Number    05-412

2. Case Name    U.S. v. Joseph Washington

3. Appellant's Name    Joseph A. Washington, Jr.

3a. Appellant's Defendant No.    01

4. Date of Conviction    12/15/06

4a. Date of Sentence    Imposed on 08/07/07

5. Name of District Judge    Emmet G. Sullivan

6. Date Notice of Appeal Filed    08/10/07; Notice of Appeal filed to Amended - Corrected Judgment of 08/21/07 filed on 08/29/07

7. Of what offense(s) was defendant convicted?    18 USC §§ 922(g)(1) and 924(c)(1)(B)(i)

9. What sentence was imposed?    84 months imprisonment; 3 years supervised release; $100 Special Assessment

10. How much of the sentence has defendant already served?    Since 10/18/05

11. Is appellant challenging the conviction?    Yes

12. Is appellant challenging the sentence?    Unknown

13. Is defendant currently incarcerated?    Yes

    If yes, place of incarceration.    CTF

    If no, address and phone number.

14. Has defendant moved for release pending appeal?    No

    If yes, date filed and disposition.

    Does defendant intend to file such a motion in the District Court?    No

15. Will appellant file a motion for release pending appeal in Court of Appeals?    No

16. Did appellant have court-appointed trial counsel?    Yes

17. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement Criminal Justice Act?*

    (A "no" indication requires a statement of reasons).

    YES _____ NO __X__

    If NO, Reason: _____The defendant wants new counsel._____

    _____Undersigned counsel was third appointed counsel._____

18. Did defendant have retained counsel? _____No_____

    If yes, will case proceed on appeal with retained counsel? _____

**\*In all appeals of sentence of 8 months or less trial counsel is required to prosecute the appeal of sentence.**

   If no, will defendant seek appointment of counsel on appeal and has defendant

   filed motion to proceed in forma pauperis? _____Yes and Unknown_____

**PART II-Transcripts**

   1. Has counsel ordered transcripts __X__ CJA _____ PAID

      a. For appeal from conviction? _____No_____

      b. For Sentencing appeal?* _____

      c. Other _____

   2. If Yes, when will transcripts be completed? _____

   3. Did counsel seek expedited preparation of sentencing transcripts? _____

**PART III-Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

   1. Appellant Intends to Challenge District Court's Findings of Relevant Fact _____

   2. Appellant Intends to Challenge the District Court's Specific Application of the Guidelines

3. Appellant contends District Court should have applied the following sentence range (from sentencing table; include also a statement as to which offense level and criminal history category are correct).

   _____

4. Appellant intends to challenge the validity of the statute or guidelines

5. Appellant intends to challenge denial of Motion to Compel Filing of Departure Motion. _____

Signature _____/s/_____   Date:   08/29/07

Name of Counsel or Pro Se Litigant (Print)    Pleasant S. Brodnax, III

Firm     Moffitt & Brodnax                              Phone (202) 462-1100

Address The Mills Building, Suite 400, 1700 Pennsylvania Ave., NW, Washington, D.C. 20006

Counsel for Appellant (Name of Party)         Joseph A. Washington, Jr.