Copies to: Judge
AUSA - Special Proceedings
Dft.

[handwritten annotation, partially illegible] *Leave ... Granted* [initialed] 4/28/08

Joseph A. Washington-05481-000
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA. 17954-0759

United States District Court
Attn: Honorable Judge Sullivan
333 Constitution Ave. N.W.
Washington, D.C. 20001

**FILED**
APR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 5th, 2008

Re: U.S. v. Joseph A. Washington, Jr.
Docket No. (05-412-01)

Dear Judge Sullivan,

I am the defendant in the above captioned matter which was before Your Honor in November, 2006, for a "Suppression Hearing."

I respectfully request the Court to "Order" the transcripts so I may prepare for my "Appeal Brief" of the "Conditional Plea" that was accepted by Your Honor.

My Appeal Lawyer will not send me a copy without the "Courts" authorization, and I am requesting my Attorney that represented me at Suppression to forward a

COPY, BUT AS OF YET, I HAVE NOT GOTTEN NOT EVEN A LETTER RESPONSE FROM HIM.

THANK YOU IN ADVANCE FOR YOUR INTERVENTION IN THIS MOST URGENT MATTER.

SINCERELY,

Joseph A. Washington