# United States Court of Appeals
### For The District of Columbia Circuit

---

No. 07-3097

September Term 2007

05cr00412-01

Filed On: July 11, 2008

United States of America,

    Appellee

    v.

Joseph A. Washington, Jr.,

    Appellant

------------------------------

Consolidated with 07-3102

**BEFORE:** Ginsburg, Randolph, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the brief filed by appellant and the motion for summary affirmance filed by appellee, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly denied appellant's motion to suppress evidence that the police found a shotgun in his car, because the shotgun was discovered as the result of plain-view observations that occurred independently of any contact between appellant and the police. See Segura v. United States, 468 U.S. 796, 814 (1984).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**